# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT WILLIAM McCOMB,

    Defendant.

Case No. CR06-351JCC

INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Greg Gruber.

The defendant appears personally and represented by counsel, Linda Sullivan

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating conditions of supervision as set forth in the Probation Petition dated May 7, 2012 (ECF doc. 49).

The court finds defendant violated conditions of his supervision and schedules a disposition hearing at the time and date below set forth before Judge John C. Coughenour:

*Date of hearing: July 5, 2012*

*Time of hearing: 9:00am*

IT IS ORDERED that the defendant:

( ) Be released on an appearance bond, subject to the terms and conditions set forth thereon.

(X) Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

June 25, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1